# MEYER SUOZZI

**Kevin Schlosser**

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Office: 516-741-6565
Fax: 516-741-6706
kschlosser@msek.com
www.msek.com

June 23, 2015

**BY ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

      Re: *Nature's Plus Nordic A/S v. Natural Organics, Inc.*, Docket No. 15-714cv
          E.D.N.Y. Civil Action No. 09-cv-4256 (ADS) (AKT)

Dear Ms. Wolfe:

    We represent Defendant-Appellant in the above appeal. Kindly accept this letter as notice that, on June 22, 2015, the district court entered and filed an amended judgment in accordance with its Memorandum of Decision and Order dated April 14, 2015.

    As per Federal Rules of Appellate Procedure 4(a)(1)(A) and 4(a)(4)(B)(ii), Defendant-Appellant will file a second amended notice of appeal within thirty days of such entry of the amended judgment.

    Thank you for your attention to this matter.

                                Respectfully,
                                   *s/*
                                Kevin Schlosser

1062272

| ALBANY | NEW YORK CITY | WASHINGTON, D.C. |
|---|---|---|
| One Commerce Plaza | 1350 Broadway, Suite 501 | 1300 Connecticut Avenue, N.W. |
| Suite 1705 | P.O. Box 822 | Suite 600 |
| Albany, New York 12260 | New York, New York 10018-0026 | Washington, DC 20036 |
| Tel: 518-465-5551 | Fax: 518-465-2033 | Tel: 212-239-4999 | Fax: 212-239-1311 | Tel: 202-496-2103 | Fax: 202-223-0358 |