# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand and fifteen.

_____

Nature's Plus Nordic A/S, Dermagruppen A/S,

Plaintiffs-Counter-Defendants-Appellees,

v.

Natural Organics, Inc.,

Defendant-Counter-Claimant-Appellant.

_____

**ORDER**
Docket No. 15-714

On March 11, 2015, the Court issued a notice, pursuant to Fed. R. App. P. 4(a)(4), staying this appeal due to pending motions in the district court. The district court having decided the motions in an order dated April 14, 2015, and the Appellant having filed an amended notice of appeal from the April 14, 2015 order and the amended judgment filed on June 22, 2015,

IT IS ORDERED that the stay of this appeal is hereby lifted. Appellant must file Forms C and D within 14 days of the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

